Prob 12
(D/VT Rev. 11/16)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUL 23 PM 3: 34

CLERK

## UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

U.S.A. vs. Cory Barnier

Docket No. 2:16CR00101-001

BY _____
DEPUTY CLERK

### Amended Petition on Probation and Supervised Release

COMES NOW ALYSSA MALONE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Cory Barnier, who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Burlington, on the 18 day of May, 2017, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must comply with the standard conditions of supervision recommended by the Sentencing Commission, as set forth in Part G of the presentence report. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

1. **Mandatory Condition (1): You must not commit another federal, state or local crime.**

    On or about April 19, 2020, the defendant committed the crimes of Aggravated Operation Without Owner's Consent, in violation of 23 V.S.A. § 1094; Negligent Operation, in violation of 23 V.S.A. § 1091; and Leaving the Scene of an Accident, in violation of 23 V.S.A § 1128. This violation is evidenced by the affidavit of Officer Meghan Duell of the Colchester Police Department.

2. **Mandatory Condition (3): You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

   On multiple dates in and between December 12, 2019, and April 19, 2020, the defendant used marijuana. This violation is evidenced by the defendant's admissions to the probation officer and by multiple urine drug tests which returned positive for the presence of marijuana.

3. **Special Condition (4): You must participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.**

   On or about April 19, 2020, the defendant consumed alcohol, as evidenced by his own admissions and by the affidavit of Officer Meghan Duell of the Colchester Police Department.

   On or about July 20 and 21, 2020, the defendant failed to report to scheduled substance abuse treatment. This violation is evidenced by records from Howard Center (Burlington).

   On or about July 21, 2020, the defendant failed to report to a scheduled urinalysis exam. This violation is evidenced by records from Howard Center (Burlington).

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Cory Barnier before the Court to show cause why his term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this __23rd__ day of __July__, 20 __20__ and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

/s/ Christina Reiss
_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2020

Alyssa M. Malone
U.S. Probation Officer
Place: Burlington

Date: July 23, 2020